## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Darlene Martinez<br>Interpreter: Marcela Salazar<br>           Adriana Weisz | Date: March 12, 2009 |

Criminal Action No. 08-cr-00467-CMA

*Parties:*                                                                          *Counsel:*

UNITED STATES OF AMERICA,                                     Mark Barrett

      Plaintiff,

v.

1. RUBEN TREVIZO-OLIVAS,                                        Lisabeth Castle
2. ATILANO AYALA,                                                       Martin Stuart
3. GUADALUPE FLORES,                                              Joseph Saint-Veltri
4. GUILLERMO TAVAREZ-LOPEZ,                               Timothy Edstrom
5. MARTIN ALBERTO DE LA REE-BARRERA,

      Defendants.

_____

## COURTROOM MINUTES
_____

HEARING: Motions

**8:50 a.m.     Court in session**.

Defendants present in custody.

Interpreters sworn.

Also present: Drug Enforcement Agent Adam Knox.

Mr. MacFarlane, on behalf of Defendant De La Ree-Barrera, failed to appear.

**Witness sworn and testified on behalf of the Government: DANIEL THOMPSON:**
**9:19 a.m.** Direct examination.
9:30 a.m. Cross-examination by Mr. Stuart.
9:51 a.m. Cross-examination by Mr. Saint-Veltri.
10:10 a.m. Cross-examination by Mr. Edstrom.
**Exhibit received:** 1.
**10:13 a.m. Witness excused**.

**Witness sworn and testified on behalf of the Government: STEVEN ORTIZ:**
**10:16 a.m.** Direct examination.

**10:43 a.m. Court in recess**.
**10:57 a.m. Court in session**.

11:00 a.m. Cross-examination of Mr. Ortiz by Mr. Stuart.
11:38 a.m. Cross-examination by Mr. Edstrom.
11:42 a.m. Redirect examination by Mr. Barrett.
**Exhibit received:** 2, 4.
**11:48 a.m. Witness excused.**

**Witness sworn and testified on behalf of the Government: ADAM KNOX:**
**11:49 a.m.** Direct examination.
                 Witness identified Defendant Guadeloupe Flores.
12:08 a.m. Cross-examination by Mr. Stuart.
12:21 p.m. Cross-examination by Mr. Edstrom.
12:23 p.m. Redirect examination.
**Exhibit received:** 3.
**12:24 p.m. Witness excused**.

**1. Ruben Trevizo-Olivas:**

**ORDER:** Ruben Trevizo-Olivas' Motion for Complete Discovery **(55)** is **granted**.

**ORDER:** Ruben Trevizo-Olivas' Motion for Suppression of Evidence **(56)** is **denied as moot**, and without prejudice if defendant needs to re-file.

**ORDER:** Ruben Trevizo-Olivas' Motion to Sever Defendant from Case **(57)** is **denied as moot**.

**ORDER:** Ruben Trevizo-Olivas' Motion to Exclude Evidence **(71)** is **denied without prejudice**.

**ORDER:** Ruben Trevizo-Olivas' Motion for Discovery of Impeaching Information

Concerning any Witness the Prosecution Intends on Calling at Trial **(72)** is **granted**. *Giglio* material will be produced 30 day before trial.

**ORDER:** Ruben Trevizo-Olivas' Motion for Discovery of Government Notes **(73)** is **granted**, to include any cooperating co-defendants' debriefing interviews upon notice of disposition and agency reports.

**ORDER:** Ruben Trevizo-Olivas' Motion for Specific Discovery **(74)** is **granted**.

**ORDER:** Ruben Trevizo-Olivas' Motion for Release of Grand Jury Transcripts Pursuant to Rule 6(e)(3)(C)(I) **(75)** is **granted**. Mr. Barrett shall submit a Proposed Protective Order.

**ORDER:** Ruben Trevizo-Olivas' Motion to Suppress Statements of Co-Defendants **(77)** is **taken under advisement**.

### 2. Atilano Ayala:

**ORDER:** Atilano Ayala's Motion to Suppress Search of 2742 Meadowbrook Drive **(78)** is **taken under advisement**.

**ORDER:** Atilano Ayala's Motion to Join Specific Motions - Doc. Nos. 71, 72, 73, 74, 75, 76, 77 **(79)** is **granted**.

### 3. Guadalupe Flores:

**ORDER:** Guadalupe Flores' Motion to Suppress Statement **(82)** is **taken under advisement**.

**ORDER:** Guadalupe Flores' Motion to Join in Specific Motions of Co-Defendants - Doc. Nos. 72, 77, 78 **(83)** is **granted**.

### 4. Guillermo Tavarez-Lopez:

**ORDER:** Defendant's Motion to Suppress Evidence Based Upon a Violation of Defendant's Rights Under Fourth, Fifth, and Fourthteenth [sic] Amendments of the United States Constitution **(86)** is **taken under advisement**.

### 5. Martin Alberto De La Ree-Barrera:

**ORDER:** Martin Alberto De La Ree-Barrera's Motion to Join Trevizo's Motion for Production of Grand Jury Transcripts - Doc. No. 75 **(81)** is **granted**.

**ORDER:** Martin Alberto De La Ree-Barrera's Motion for Discovery **(84)** is **granted**.

**DEADLINES/HEARINGS:**
Simultaneous supplemental briefing on the Motion Nos. 77, 78, 82, 83 and 86 due **20 days from today's date**.

**ORDER:** Defendants remanded to the custody of the United States Marshal.

**12:27 p.m. Court in recess/hearing concluded**.

Total in-court time: 3:23