**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00467-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RUBEN TREVIZO-OLIVAS,

      Defendant.

---

**ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

      In response to the Notice of Disposition (Doc. # 125) filed on behalf of Defendant

Ruben Trevizo-Olivas in the above matter, it is hereby

      ORDERED that defense counsel and counsel for the Government shall confer

and contact Chambers *via* conference call (303-335-2174) <u>no later than May 11, 2009</u>

to set this matter for a Change of Plea Hearing.

      DATED:  May   6  , 2009

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge