# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00467-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1. RUBEN TREVIZO-OLIVAS,**

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      This matter is before the Court *sua sponte*.  Because a conflict has arisen on this Court's docket, the sentencing on behalf of Defendant Ruben Trevizo-Olivas, currently scheduled for February 5, at 9:00 a.m., is hereby RESET to February 5, 2010 **at 3:30 p.m.**

      DATED:  January 29, 2010